**UNITED STATES DISTRICT COURT**
**Eastern District of Pennsylvania**
**U.S. Courthouse**
**Independence Mall West**
**601 Market Street**
**Philadelphia, PA 19106-1797**

**Clerk's Office - Room 2609**
**Telephone: (215) 597-7704**

October 9, 2020

Re:   HOUGH et al v. CITY OF PHILADELPHIA et al

Civil Action No.: 20-3508

Counsel :

    A review of the Court's records shows that service of the complaint has not been made in the above-captioned matter.

    In order to eliminate a delay in bringing this case to trial, service must be made by October 15, 2020, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five (5) days of service. If service is not made within the time set forth above, the Court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

s/Joseph B. Walton

Deputy Clerk to Judge Anita B. Brody

Civ 22                                            (Lack of Prosecution Letter 4(m))