IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIAMONIK HOUGH, et al., | : |
| Plaintiffs, | : |
| | : Civil Action |
| v. | : No. 2:20-cv-03508 |
| | : |
| CITY OF PHILADELPHIA, | : |
| | : |
| Defendants. | : |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendant City of Philadelphia, through their undersigned counsel, hereby agree that City of Philadelphia shall have an extension to January 29, 2021 to respond to Plaintiffs' complaint in the captioned matter.

| | |
|---|---|
| MARSHALL DENNEHEY WARNER COLEMAN AND GOGGIN | MINCEY FITZPATRICK ROSS, LLC |
| BY: _[signature]_ | *Riley H. Ross III /s/* |
| Joseph J. Santarone, Jr., Esquire | Riley H. Ross III, Esquire |
| John P. Gonzales, Esquire | Centre Square |
| Attorney ID No. 45723/71265 | 1500 Market Street, |
| 2000 Market Street, Suite 2300 | 12th Floor East Tower |
| Philadelphia, PA 19103 | Philadelphia, PA 19102 |
| P: (215) 575-2626/(215) 575-2871 | (215) 587-0006 |
| F: (215) 575- 0856 | (215) 703-0628 |
| E-mail: jjsantarone@mdwcg.com | E-mail: riley@minceyfitzross.com |
| jpgonzales@mdwcg.com | Attorney for Plaintiff |
| Attorney for Defendant, | Diamonik Hough |
| City of Philadelphia | |

APPROVED BY THE COURT:
s/ANITA B. BRODY, J.

ANITA B. BRODY, J.