UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-299-7431

December 14, 2020

**NOTICE OF TELEPHONE CONFERENCE**:

RE:    HOUGH et al v. CITY OF PHILADELPHIA et al
         C.A. No. 20-3508

Counsel,

Please be advised that a telephone conference is scheduled for January 25, 2021 at 10:30 AM. Call-in details will follow via e-mail.

s/Joseph B. Walton

_____

Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF ON 12/14/2020**