IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No. 20-3508 |
| v. | : | |
| CITY OF PHILADELPHIA | : | |
| | | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 14th day of December 2020, as stated on the record during the conference held on December 14, 2020, it is **ORDERED** that the case is **STAYED** until **January 25, 2021**.

    s/ANITA B. BRODY, J.
    ANITA B. BRODY, J.

Copies sent via ECF