**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

<u>**ORDER**</u>

**AND NOW**, this 25th day of January, 2021, as stated during the conference held on January 25, 2021, it is **ORDERED** that:

- The case is **STAYED** until the status telephone conference on February 23, 2021 at 2:00 p.m.

- The case is **REFFERRED** to Magistrate Judge David R. Strawbridge for a settlement conference, which shall be scheduled only if the parties request assistance.

- The City of Philadelphia's request for an extension of time to respond to Plaintiffs' Amended Complaint is **GRANTED**.  The City of Philadelphia must respond **on or before February 26, 2021**.


　　　s/ANITA B. BRODY, J.　　　
ANITA B. BRODY, J.


Copies via ECF