UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-299-7431

February 23, 2021

**NOTICE OF TELEPHONE STATUS CONFERENCE AND REFERRAL TO MAGISTRATE JUDGE STRAWBRIDGE**:

RE:    HOUGH et al v. CITY OF PHILADELPHIA et al
       C.A. No. 20-3508

Counsel,

Please be advised that a telephone status conference is scheduled for March 25, 2021 at 10:30 AM. Call-in details will follow via e-mail. The case is referred to Magistrate Judge Strawbridge for settlement discussions at Judge Strawbridge's convenience.

s/Joseph B. Walton
_____

Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF**