IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIAMONIK HOUGH, et al., <br>             Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, <br><br>             Defendants. | Civil Action <br> No. 2:20-cv-03508 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendant City of Philadelphia, through their undersigned counsel, hereby agree that City of Philadelphia shall have an extension to April 2, 2021 to respond to Plaintiffs' complaint in the captioned matter.

MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN

BY: _____
Joseph J. Santarone, Jr., Esquire
John P. Gonzales, Esquire
Attorney ID No. 45723/71265
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2626/(215) 575-2871
F: (215) 575-0856
E-mail: jjsantarone@mdwcg.com
jpgonzales@mdwcg.com
Attorney for Defendant,
City of Philadelphia

*Paul J. Hetznecker/s/*
_____
Paul J. Hetznecker, Esquire
1420 Walnut Street, Suite 911
Philadelphia, PA 19102
(215) 893-9640 (Phone)
E-mail: phetznecker@aol.com
Attorney for Plaintiff
Diamonik Hough

APPROVED BY THE COURT:

_____
                              J.