IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendants | : | |
| ANTHONY SMITH, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendants | : | |
| DELANE J. WELTCH, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendants | : | |
| IAN ZOLITOR, et al | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendants | : | |

**<u>ORDER</u>**

Following upon the respective Orders from Judges Brody, Schiller and Padova, it is hereby **ORDERED** that:

1. A **Status Conference** will be held by way of a video platform **on Wednesday, April 7, 2021 at 4:00 p.m.** The Court will contact all lead counsel in these cases with instructions on how to connect to the video platform;

2. Lead counsel shall meet and confer and provide the Court with a letter

setting out what they believe would be the most appropriate way to reach a resolution in these many cases.   This submission shall be submitted to Strawbridge_Chambers@paed.uscourts.gov **by noon on Monday, April 5, 2021.**

    **IT IS SO ORDERED.**

                   BY THE COURT:

Date: March 23, 2021          /s/ David R. Strawbridge, USMJ
                   David R. Strawbridge
                   United States Magistrate Judge