**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| DIAMONIK HOUGH, et al., | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | No. 2:20-cv-03508 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendant City of Philadelphia, through their undersigned counsel, hereby

agree that the City of Philadelphia shall have an extension to June 2, 2021 to respond to

Plaintiffs' Complaint in the captioned matter.

MARSHALL DENNEHEY WARNER
  COLEMAN AND GOGGIN

*Paul J. Hetznecker/s/*

BY:_____       _____
Joseph J. Santarone, Jr., Esquire      Paul J. Hetznecker, Esquire
John P. Gonzales,  Esquire         1420 Walnut Street, Suite 911
Attorney ID No. 45723/71265       Philadelphia, PA  19102
2000 Market Street, Suite 2300      (215) 893-9640 (Phone)
Philadelphia, PA 19103            E-mail: phetznecker@aol.com
P: (215) 575-2626/(215) 575-2871    Attorney for Plaintiff
F: (215) 575- 0856               Diamonik Hough
E-mail:  jjsantarone@mdwcg.com
jpgonzales@mdwcg.com
Attorney for Defendant,
City of Philadelphia

**APPROVED BY THE COURT**:

_____
ANITA B. BRODY, J.