UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

May 17, 2021

**NOTICE OF TELEPHONE STATUS CONFERENCE :**
RE:   HOUGH et al v. CITY OF PHILADELPHIA et al
      C.A. No. 20-3508

Counsel,

Please be advised that a status conference is scheduled for July 7, 2021 at 2:00 PM. Further details will follow via e-mail.

s/Joseph B. Walton

_____

Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF**