IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO.   20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO.   20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO.   20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO.   20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

## **ORDER**

AND NOW this 28th day of July 2021, following upon the status conference of July 20, 2021, it is hereby **ORDERED** that:

1. Defendants shall further review those proposals related to racial injustice to confirm whether they fall outside of the scope of this litigation and shall, **on or before August 4, 2021,** supplement its responses in writing to counsel for Plaintiffs' and the Court;

2. Plaintiffs' counsel shall, **on or before August 9, 2021,** list the specific areas in

  which they believe the City's responses are deficient with a copy to the Court;

3. Defendants shall, **on or before August 16, 2021,** address Plaintiffs' deficiency letter in writing to counsel for Plaintiffs**';**

4. Counsel for Plaintiffs' shall meet with the Court on *ex-parte* basis **on August 25, 2021 at 9:30 a.m.** in Courtroom 3H.   Counsel for Defendants' shall meet the Court on *ex-parte* basis **on August 30, 2021 at 10:00 a.m.** in Courtroom 3H.

5. A plenary session (if needed) shall then be held **on September 7, 2021 at 9:30 a.m.** in Courtroom 3H.   Lead counsel shall consider themselves attached for this date.

**IT IS SO ORDERED.**

                BY THE COURT:

                /s/ David R. Strawbridge, USMJ
                DAVID R. STRAWBRIDGE
                UNITED STATES MAGISTRATE JUDGE