IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, following upon status conferences with Plaintiffs' counsel on August 25, 2021 and Defendants' counsel on August 30, 2021, it is hereby **ORDERED** that:

1. A plenary session with both parties shall be held on **September 7, 2021** at 9:30 a.m. via electronic video conference;

2. During Defendants' status conference on August 30, 2021, counsel made generalized reference to documents in their possession that may be responsive to Plaintiffs' requests. Defendants shall identify, and if not readily available to Plaintiffs and the Court, provide by 12:00 p.m. on **September 2, 2021**:

   a. Any relevant policy or procedure, existing or in development after June 2020, addressing police interactions with protests and demonstrations;

   b. Information about protest and demonstration response training programs provided to the Philadelphia Police Department by the Department of Justice;

   c. Information about the City of Philadelphia's current efforts to develop a process to hold police accountable for racial bias;

   d. Any relevant policy or procedure pertaining to the Philadelphia Police Department's monitoring of its employees' involvement in extremist or white supremacist activities;

   e. Information about the City of Philadelphia's and/or the Philadelphia Police Department's implementation of "racial impact statements."

**IT IS SO ORDERED.**

BY THE COURT:

Date: August 31, 2021

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE