IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 2nd day of September 2021, it is hereby **ORDERED** that the Order dated August 31st, 2021 is **AMENDED** as to paragraph 2, such that the deadline for Defendants' identification and/or production of the requested documents is now **9:00 a.m.** on **September 7,**

**2021**. All other provisions of the Court's Order shall remain the same.

**IT IS SO ORDERED.**

                                                       BY THE COURT:

Date: September 2, 2021                    <u>/s/ David R. Strawbridge, USMJ</u>
                                                    DAVID R. STRAWBRIDGE
                                                    UNITED STATES MAGISTRATE JUDGE