IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW this 7th day of September 2021, following upon a joint status conference with counsel for Plaintiffs and Defendants, it is hereby **ORDERED** that:

1. Defendants shall, on or before **September 9, 2021,** provide Plaintiffs with their proposed damages matrix pertaining to the determination of Plaintiffs' individual monetary awards;

2. Counsel for the parties shall meet and confer regarding the integration of their respective damages matrices into a sole matrix, the final iteration of which is due to the Court on **October 1, 2021**. If the parties cannot come to an agreement regarding a final damages matrix, they shall notify the Court on or before **October 1, 2021**;

3. If the parties agree to a final damages matrix, Plaintiffs shall input the requisite particularized information for each individual plaintiff, and provide the completed matrix to the Court and Defendants by **October 22, 2021**;

4. Defendants shall provide to the Court and Plaintiffs a draft consent decree in response to Plaintiffs' draft consent decree, dated May 14, 2021, by **October 1, 2021**;

5. Upon receipt of the Defendants' draft consent decree, the Court will initiate *ex parte* communications with counsel for the parties.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE