## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al., | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | No. 2:20-cv-03508 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

### STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs and Defendant City of Philadelphia, through their undersigned counsel, hereby agree that the City of Philadelphia shall have an extension to October 15, 2021 to respond to Plaintiffs' Complaint in the captioned matter.

MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN

BY:_____

Joseph J. Santarone, Jr., Esquire
John P. Gonzales,  Esquire
Attorney ID No. 45723/71265
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2626/(215) 575-2871
F: (215) 575- 0856
E-mail:  jjsantarone@mdwcg.com
jpgonzales@mdwcg.com
Attorney for Defendant,
City of Philadelphia

*Paul J. Hetznecker/s/*
_____

 Paul J. Hetznecker, Esquire
 1420 Walnut Street, Suite 911
 Philadelphia, PA  19102
 (215) 893-9640 (Phone)
 E-mail: phetznecker@aol.com
 Attorney for Plaintiff
 Diamonik Hough

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al., | : | |
| Plaintiffs, | : | |
| | : | Civil Action |
| v. | : | No. 2:20-cv-03508 |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW,** this _____ day of _____, 2021, upon consideration

of the Stipulation executed by counsel to Plaintiffs, it is hereby:

**ORDERED** and **DECREED** that Defendants shall have until October 15, 2021 to file a

response to the Complaint.

BY THE COURT:

_____

                                                                J.