IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | NO. 20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, following upon a status conference on November 3, 2021 with counsel for Plaintiffs and Defendants, it is hereby **ORDERED** that:

1. The parties shall send a joint status letter on or before **November 15, 2021** regarding Plaintiffs' meeting with the City of Philadelphia's Chief Diversity, Equity, and Inclusion Officer, Nefertiri Sickout, Esq.

2. Defendants shall meet and confer with Plaintiffs' counsel no later than **November 12, 2021** to discuss the following:

    a. The creation of a proposal for the Philadelphia Police Department to monitor extremism and white supremacy among their current employees on social media. Anne Taylor, Esq. and Susan Lin, Esq. will continue their discussions on behalf of the Plaintiffs and Defendants, respectively.

    b. The enforcement of Directive 8.11 (racial bias) and how the Philadelphia Police Department conducts investigations, inquiries, and discipline in response to complaints under the directive.

    c. The enforcement of Directive 10.2 (use of force) and whether Plaintiffs' interest in de-escalation practices could be addressed in a revision of the directive or in training and implementation of that directive.

    d. Counsel for the parties shall submit a joint status letter to the Court regarding the above-described discussions by **November 15, 2021**.

3. To the extent Plaintiffs' counsel allege that the Philadelphia Police Department utilized inappropriate surveillance techniques during the events that gave rise to this litigation in May and June 2020, they shall provide particularized parties, facts, and positions as to these allegations in a letter to the Court and Defendants' counsel by **November 5, 2021**. Defendants' counsel shall respond to the letter by **November 12, 2021**.

4. Plaintiffs' counsel shall input numerical estimates as to the amount of factually similar cases that may be resolved by the damages matrix and submit those inputs to the Court and Defendants' counsel by **November 17, 2021.** Defendants' counsel shall respond by **November 24, 2021**. Counsel for both parties shall meet and confer by **December 3, 2021** and submit a joint status letter to the Court no later than **December 6, 2021**.

**IT IS SO ORDERED.**

                                                              BY THE COURT:

Date: November 3, 2021                   /s/ David R. Strawbridge, USMJ
                                                          DAVID R. STRAWBRIDGE
                                                          UNITED STATES MAGISTRATE JUDGE