IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

**NOTICE**

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Thursday, January 27, 2022 at 2:00 p.m. The purpose of the conference is limited to discussing the status of the parties' settlement**

**discussions and the scheduling of a mediation session.** The dial-in number is: 888-363-4735, access code: 672-8493.

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   January 24, 2022

-Notice filed via ECF