IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendant | : | |

## **NOTICE**

To:   Counsel of Record

TAKE NOTICE:

- An *ex parte* **videoconference** with counsel for **Defendants** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Wednesday, February 16, 2022 at 9:30 a.m.**

- An *ex parte* **videoconference** with counsel for **Plaintiffs** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Wednesday, February 23, 2022 at 3:00 p.m.**

The Court will contact counsel with Zoom link information.

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   February 14, 2022

-Notice filed via ECF