IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIAMONIK HOUGH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3508 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| ANTHONY SMITH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3431 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| DELANE J. WELTCH, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3432 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

| | | |
|---|---|---|
| IAN ZOLITOR, et al. | : | CIVIL ACTION |
|     Plaintiffs | : | |
| v. | : | NO.  20-3612 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |
|     Defendants | : | |

## **NOTICE**

To:    Counsel of Record

TAKE NOTICE that a **Video Conference re: Status for Settlement** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Wednesday, November 16, 2022 at 3:30 pm.** The Court will provide Counsel with the access information for the Zoom

conference several days in advance of the conference.

      /s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 - phone

Date:   November 3, 2022

-Notice filed via ECF